UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
GEORGETTA K. YOUNG    }    CASE NO. 18-91252-BHL-13
DEBTOR    }

## MOTION TO MODIFY DEBTOR'S CHAPTER 13 PLAN
## AND NOTICE OF OBJECTION DEADLINE

Comes now the above-captioned Debtor by Counsel, and files his Motion to Modify Debtor's Chapter 13 Plan. In support of this Motion, Counsel for the Debtor states as follows:

1. The Debtor proposes to allow an administrative claim held by New Residential Mortgage Loan Trust 2018-1 in the amount of $450.00 for fees and costs.

2. The Debtor proposes to incorporate the Motion to Modify filed on April 4, 2019 into this Motion to Modify as follows:

   - New Residential Mortgage Loan Trust 2018-1 filed a Motion for Relief from Stay due to delinquent mortgage payments. In order to resolve said Motion for Relief from Stay the Debtor proposes to allow the following claims held by New Residential Mortgage Loan Trust 2018-1:

     Arrearage Claim: $3,261.44
     Said claim consists of the following:
     Pre-Petition Arrearages: $1,966.65
     Post-Petition Payment:
     April, 2019
     Attorney Fees: $500.00
     Costs: $190.50

   - The Debtor proposes to allow continuing mortgage payments in the amount of $604.29 per month to New Residential Mortgage Loan Trust 2018-1 to be paid inside of the plan commencing with the May, 2019 payment.

WHEREFORE, the Debtor, by Counsel, requests the Court to modify her plan by increasing her payments from $281.00 per month to $1,013.41 per month commencing in April, 2019 then increasing to $1,023.31 per month commencing in June, 2019.

Dated this  20th  day of  May , 2019.

KOEHLER LAW OFFICE

By: /s/ Lloyd E. Koehler
Lloyd E. Koehler
Attorney No. 15669-98
400 Pearl St., Suite 200
New Albany, Indiana 47150
Telephone: (812)949-2211
Fax: (812)941-3907
E-mail: lloydkoehler@hotmail.com

/s/Georgetta K. Young
GEORGETTA K. YOUNG

NOTICE IS GIVEN THAT any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of May , 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 20th day of May, 2019 to all parties attached hereto:

_____
LLOYD E. KOEHLER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-4<br>Case 18-91252-BHL-13<br>Southern District of Indiana<br>New Albany<br>Mon May 20 15:31:43 EDT 2019 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| Baptist Health - Floyd<br>PO Box 22248<br>Louisville, KY 40252-0248 | Bayview Loan<br>4425 Ponce De Leon Blvd<br>Coral Gables, FL 33146-1837 | Bayview Loan Servicing<br>4425 Ponce De Leon Blvd, 5th Floor<br>Coral Gables, FL 33146-1837 |
| Joseph M. Black Jr.<br>Office of Joseph M. Black, Jr.<br>PO Box 846<br>Seymour, IN 47274-0846 | Cbs Col Padu<br>100 Fulton Ct.<br>Paducah, KY 42001-9004 | Citibank, N.A.<br>Fay Servicing, LLC<br>3000 Kellway Dr. Ste 150<br>Carrollton, TX 75006-3357 |
| Deptednelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Kristin L. Durianski<br>Codilis Law, LLC<br>8050 Cleveland Place<br>Merrillville, IN 46410-5302 | Jonathan Schulte<br>2226 Broadway Suite 1<br>PO BOX 2903<br>Paducah, KY 42002-2903 |
| Lloyd Koehler<br>400 Pearl St. Ste 200<br>New Albany, IN 47150-3451 | Koehler Law Office<br>400 Pearl St, ste 200<br>New Albany, IN 47150-3451 | Midland Fund<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 |
| New Residential Mortgage Loan Trust 2018-1<br>C/O Ocwen Loan Servicing,LLC<br>Attn: Bankruptcy Department<br>P.O. Box 24605<br>West Palm Beach, FL 33416-4605 | Ocwen Loan<br>Po Box 24646<br>West Palm Beach, FL 33416-4646 | OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| Onemain<br>Po Box 1010<br>Evansville, IN 47706-1010 | Steven Henry Patterson<br>Reisenfeld & Associates, LPA, LLC<br>3962 Red Bank Road<br>Cincinnati, OH 45227-3408 | Recievables Management Partners LLC<br>c/o James Pruett<br>124 E Washington St<br>Greensburg, IN 47240-1715 |
| U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Department of Education c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| Georgetta K. Young<br>1728 Beechwood Ave.<br>New Albany, IN 47150-3939 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bayview Loan Servicing, LLC, a Delaware Li

(u)New Residential Mortgage Loan Trust 2018-1

(d)U.S. Attorney's Office
10 W Market St Ste 2100
Indianapolis IN 46204-1986

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27